

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2015

No. 04-14-00341-CV

**BOARD OF ADJUSTMENT FOR CITY OF SAN ANTONIO** & Sarosh Management, LLC
d/b/a A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEP. SCH. DISTRICT**,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17596
Honorable Laura Salinas, Judge Presiding

## O R D E R

On March 18, 2015, this court issued its opinion and judgment. On April 2, 2015, Appellant Board of Adjustment for the City of San Antonio timely filed its motion for rehearing. *See* TEX. R. APP. P. 49.1.

On April 6, 2015, Appellant Sarosh Management, LLC filed a notice of appearance of appellate counsel and an unopposed motion for extension of time to file a motion for rehearing and a motion for en banc reconsideration until May 4, 2015. *See id.* R. 49.1, 49.7, 49.8.

Appellant's motion for extension of time is GRANTED. Appellant's motions are due to be filed with this court by May 4, 2015.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court